IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>R. G. MUSTAIN HEATING AND AIR CONDITIONING, a California corporation,<br><br>        Defendant                                   / | No. C-09-2310 MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

By order filed September 4, 2009, the Court directed plaintiffs to serve defendant no later than October 23, 2009, and to file proof of such service no later than October 30, 2009. Additionally, the Court therein notified plaintiff that, if, as of October 30, 2009, plaintiffs had neither filed proof of such service nor obtained, for good cause shown, a further extension of time to serve defendant, the above-titled action would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiffs have neither filed proof of service nor sought an extension of time to serve defendant.

Accordingly, the above-titled action is hereby DISMISSED without prejudice, pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: November 12, 2009

MAXINE M. CHESNEY
United States District Judge