IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>R.G. MUSTAIN HEATING AND AIR CONDITIONING, a California corporation,<br><br>        Defendant.<br>_____/ | No. CV-09-2310 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, pursuant to Rule 4(m).

Dated: November 18, 2009                                Richard W. Wieking, Clerk

                                                                             By: <u>Tracy Lucero</u><br>
                                                                               <u>Deputy Clerk</u>